# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 06-800 JLL) |
| v. | ORDER |
| JOHN KURZEL, | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it was on the 2nd day of October, 2006, ORDERED that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Lorraine Gauli-Rufo, Esq. was appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

Dated: April 13, 2009

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE